# FREMAK INDUSTRIES, INC

TEL: 212-758-0418                  150 EAST 58 STREET                  FAX:212-758-0215
                                   NEW YORK, N.Y. 10155

## CONTRACT OF SALES

DATE:            JULY 29, 2010

SALE CONTRACT #  460235

YOUR PO #        ~~12029~~  12558

AGREE TO SELL:   FREMAK INDUSTRIES, INC.
                 150 EAST 58TH STREET
                 NEW YORK, N.Y. 10155

AGREES TO BUY:   JOY PIPE U.S.A.
                 P.O BOX 1619
                 BOERNE, TEXAS 78006

We are pleased to confirm the following transaction under the above reference contract number and subject to additional terms and conditions on addendum number one **GENERAL CONDITIONS OF SALE** which are included in and form an integral part of this contract.

MATERIAL:   NEW PRIME SEAMLESS STEEL COUPLING STOCK
            PRODUCED TO API 5C T GRADES K-55/NL-80/P-110
            & DIRECTIVE -10 FOR CANADA WHERE STATED
            TO BE QUENCHED AND TEMPERED ( Q & T )

            LENGTHS:    AS LISTED IN SPECIFICATION

## SPECIFICATIONS AND PRICES

| ITEM | MT  | COUPLING SIZE EUE | NOM OD   | NOM WALL | NOM WT PER FT LB | GRADE       | PRICE $ NT |
|------|-----|-------------------|----------|----------|------------------|-------------|------------|
| 1    | 200 | 2 3/8             | 3.063" X | 0.400"   | 11.38            | L-80 DIR 10 | 1930.00    |
| 2    | 500 | 2 7/8             | 3.668" X | 0.460"   | 15.76            | L-80 DIR 10 | 1930.00    |

LENGTHS 16 FEET TO 20 FEET

| 3 | 300 | 4 ½ | 5.00" X | 0.456" | 22.11 | L-80 DIR 10 | 1875.00 |
| 4 | 300 | 4 ½ | 5.00" X | 0.456" | 22.11 | P-110       | 1795.00 |

LENGTHS 36 FEET TO 39 FEET

| 5 | 150 | 5 ½ | 6.050" X | 0.500" | 29.64 | L-80 DIR 10 | 1875.00 |
| 6 | 150 | 5 ½ | 6.050" X | 0.500" | 29.64 | P-110       | 1795.00 |

LENGTHS 36 FEET TO 39 FEET

TOTAL 1,600 MT

1

EXHIBIT "1"

FREMAK INDUSTRIES, INC.    NTRACT # 460235

## DIMENSIONAL ROLLING TOLERANCES REQUIRED

AS PER ATTACH SPEC SHEET FROM TEXAS COUPLINGS AND THIS CONTRACT TO BE AMMENDED WITH ISMT Q & C SHEET TO BE GIVEN AND SIGNED BY BOTH PARTIES AND BECOME AN INTERNAL PARY OF THIS CONTRACT

| | |
|---|---|
| MARKING: | SIZE GRADE AND HEAT NUMBER |
| PRODUCING MILL: | I.S.M.T. LIMITED |
| ORIGIN: | INDIA |
| INVOICING: | ACTURAL WEIGHT |
| SALES TERMS: | CIF DUTY PAID DIRECT DISCHARGE ONTO TRUCKS HOUSTON TEXAS |
| PAYMENT TERMS: | NET 30 DAYS FROM CUSTOM CLEARANCES. |
| PACKING: | IN UNIFORM BUNDLES UP TO 3 MT MAX WITH METAL TAGS AND GALVANIZED STRAPS |
| SHIPMENT: | SEPT/OCT 2010 |
| NOTES/COMMENTS | |

A) ANY CHARGES INCURRED DO TO INABILITY TO PERFORM DIRECT DISCHARGE AT PORT BECAUSE OF BUYERS FAILURE TO PROVIDE HIS TRUCKS, THE COST OF GOODS AND ALL RELATED CHARGES FOR PUTTING MATERIAL ONTO THE DOCK TO BUYERS ACCOUNT.

B) ARBITRATION:
IN THE EVENT OF ANY CLAIM OR DISPUTE WHICH CAN NOT BE SETTLED BY AMICABLE NEGOTIATION, EITHER PARTY HAS THE RIGHT TO REFER MATTER TO ARBITRATION IN THE STATE OF NEW YORK

WE AGAIN THANK YOU FOR YOUR MUCH VALUED ORDER, PLEASE SIGN AND RETURN A COPY OF THIS SALES CONTRACT TO SIGNIFY YOUR AGREEMENT TO ALL TERMS AND CONDITIONS CONTAINED HEREIN.

ACCEPTED:
FREMAK INDUSTRIES, INC.                                JOY PIPE U.S.A.

                                                        *Chuck Woodward* (signature)

Leon Goldenberg