United States District Court
Southern District of Texas
FILED

SEP 08 2016

David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 16-20293

---

4:13-CV-2153

JOY PIPE, USA, L.P.,

  Plaintiff - Appellant Cross-Appellee

v.

ISMT LIMITED,

  Defendant - Appellee Cross-Appellant

A True Copy
Certified order issued Sep 08, 2016

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

  Under FED R. APP. P. 42(b), the appeal is dismissed as of September 08, 2016, pursuant to appellant's unopposed motion as to Fremak Industries, Incorporated only.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
        Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 08, 2016

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

     No. 16-20293    Joy Pipe, USA, L.P. v. Fremak Industries, Inc.  
                       USDC No. 4:13-CV-2153

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Angelique D. Batiste, Deputy Clerk  
                       504-310-7715

cc w/encl:  
    Ms. Sharon E. Cullen  
    Mr. Robert A. Giacovas  
    Mr. Gary L. Pate  
    Mr. Harold Kent Twining  
    Mr. Richard F. Whiteley