IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-20293

D.C. Docket No. 4:13-CV-2153

JOY PIPE, USA, L.P.,

      Plaintiff - Appellant Cross-Appellee

v.

ISMT LIMITED,

      Defendant - Appellee Cross-Appellant

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before STEWART, Chief Judge, and WIENER and PRADO, Circuit Judges.

J U D G M E N T

      This cause was considered on the record on appeal and was argued by counsel.

      It is ordered and adjudged that the judgment of the District Court is affirmed and remanded with instructions for the district court to: (1) calculate and award post-judgment interest at the statutorily-specified rate; (2) calculate and award prejudgment interest or explain the exceptional circumstances that warrant its denial; and (3) award taxable costs or explain its reasons for failing to do so.

      IT IS FURTHER ORDERED that each party bear its own costs on appeal.

United States Court of Appeals
Fifth Circuit
**FILED**
July 19, 2017
Lyle W. Cayce

United States District Court
Southern District of Texas
FILED
AUG 1 0 2017
David J. Bradley, Clerk of Court

Certified as a true copy and issued
as the mandate on Aug 10, 2017

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 10, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 16-20293   Joy Pipe, USA, L.P. v. Fremak Industries, Inc.
               USDC No. 4:13-CV-2153

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

cc:
  Ms. Lainie Cohen
  Ms. Sharon E. Cullen
  Mr. Harold Kent Twining
  Mr. Richard Whiteley